NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAO LIGHTING, INC.,**
*Plaintiff-Appellant*

**v.**

**FEIT ELECTRIC COMPANY, INC.,**
*Defendant-Appellee*

---

2023-1906

---

Appeal from the United States District Court for the Central District of California in No. 2:20-cv-04926-AB-SP, Judge Andre Birotte, Jr.

-------------------------------------------------

**CAO LIGHTING, INC.,**
*Plaintiff-Appellee*

**v.**

**FEIT ELECTRIC COMPANY, INC.,**
*Defendant-Appellant*

---

2023-1908

---

2          CAO LIGHTING, INC. v. FEIT ELECTRIC COMPANY, INC.

Appeal from the United States District Court for the Central District of California in No. 2:20-cv-04926-AB-SP, Judge Andre Birotte, Jr.

———————————————

**ON MOTION**

———————————————

**O R D E R**

The parties submit a joint stipulation to dismiss Appeal No. 2023-1908 under Rule 42(b) of the Federal Rules of Appellate Procedure, which the court construes as a joint motion to dismiss.  Feit Electric Company, Inc. submits its brief.  CAO Lighting, Inc. separately files a motion to extend by 14 days, until October 30, 2023, the time to file its reply brief.

The court notes that Feit Electric Company's brief is not in compliance with the court's rules:  the front cover is missing the language of one or more exemplary patent claims illustrative of the issues on appeal.  *See* Fed. Cir. R. 32(a)(3).

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion to dismiss is granted.  Appeal No. 2023-1908 is dismissed.  The revised official caption for Appeal No. 2023-1906 is reflected in this order.  Each side to bear its own costs in Appeal No. 2023-1908.

(2)  Within 7 days of the date of entry of this order, Feit Electric Company is directed to file a corrected brief in Appeal No. 2023-1906 reflecting the revised official caption and addressing the deficiency noted above.  CAO Lighting's reply brief is due within 21 days of the date of service of Feit Electric Company's corrected brief or by October 30, 2023, whichever is later.

(3)  CAO Lighting's motion is denied as moot.

(4)  The Clerk of Court shall transmit a copy of this order to the merits panel assigned to Appeal No. 2023-1906.

FOR THE COURT

October 6, 2023
Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE (AS TO APPEAL NO. 2023-1908 ONLY):  October 6, 2023